# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered:  September 25, 2014                518436
_____

In the Matter of ALEXANDER
    WILLIAMS,
                    Petitioner,

        v                                    MEMORANDUM AND JUDGMENT

DOCCS COMMISSIONER, J. ANNUCCI,
    et al.,
                    Respondents.
_____

Calendar Date:  August 4, 2014

Before:  Peters, P.J., Stein, McCarthy, Lynch and Clark, JJ.

_____

        Alexander Williams, Malone, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H. Schiff of counsel), for respondents.

_____


        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

        Determination confirmed.  No opinion.

        Peters, P.J., Stein, McCarthy, Lynch and Clark, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court